Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiff
MARIO ABEYTA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIO ABEYTA,<br>　　　　　Plaintiff,<br><br>　　-against-<br><br>PROGRESSIVE MANAGEMENT SYSTEMS,<br>　　　　　Defendant. | Case No.: 8:17-cv-319-DOC (AGRx)<br><br>**The Hon. David O. Carter**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: February 23, 2017<br>Answer Filed: N/A |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Undersigned counsel represents that he is fully authorized by his client to enter into this Voluntary Dismissal with Prejudice.

Respectfully Submitted,

DATED: May 26, 2017         THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:   */s/Jonathan A. Stieglitz*
      Jonathan A. Stieglitz
      Attorneys for Plaintiff
      MARIO ABEYTA